UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN CRUCERNA,<br><br>               Petitioner,<br><br>       v.<br><br>BRIAN K. BIRKHOLTZ,<br><br>               Respondent. | Case No. 2:23-cv-02896-RGK-SSC<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice, and Respondent's motion to dismiss is denied as moot.

DATED: 1/12/20024

                                         HONORABLE R. GARY KLAUSNER
                                         UNITED STATES DISTRICT JUDGE